**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 97-2056**

───────────

HENRY T. SANDERS,

                                        Plaintiff - Appellant,

        versus

STATE OF MARYLAND; MARYLAND STATE TREASURER,

                                        Defendants - Appellees.

───────────

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Peter J. Messitte, District Judge. (CA-97-1691-PJM)

───────────

Submitted: May 14, 1998            Decided: May 21, 1998

───────────

Before WIDENER and MICHAEL, Circuit Judges, and BUTZNER, Senior Circuit Judge.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Henry T. Sanders, Appellant Pro Se. John Joseph Curran, Jr., Attorney General, Laura C. McWeeney, Margaret Witherup Tindall, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders dismissing his action. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss on the reasoning of the district court. Sanders v. Maryland, No. CA-97-1691-PJM (D. Md. June 18 and July 15, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED